IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, § § § | |
| Plaintiff-Counterdefendant, § § | |
| v. § | Case No. 3:22-cv-00868-BT |
| § § | |
| UNIFIED LIFE INSURANCE COMPANY, § § § | |
| Defendant-Counterclaimant. § | |

## AMENDED FINAL JUDGMENT

On this date, the Court considered Unified Life Insurance Company's Unopposed Rule 59(e) Motion to Amend Judgment to Include Pre- and Post-Judgment Interest (ECF No. 53). After considering the Motion, the Court finds the Motion should be and hereby is GRANTED. Accordingly, consistent with the Court's Memorandum Opinion and Order entered on March 29, 2024, the Court ORDERS, ADJUDGES, and DECREES that:

1. United States Fire Insurance Company's ("USF") Motion for Summary Judgment (ECF No. 31) is DENIED;

2. Unified Life Insurance Company's ("Unified") Motion for Summary Judgment (ECF No. 26) is GRANTED;

3. USF's claims are DISMISSED with prejudice;

4. Pursuant to Unified's declaratory-judgment counterclaim, the Court DECLARES that USF owes a duty under the Reinsurance Treaty to

1

pay its proportionate share of the Butler class settlement and associated costs and fees;

5. Judgment is entered in favor of Unified on its counterclaim that USF breached the Reinsurance Treaty by denying coverage to Unified;

6. Judgment is hereby entered in the total amount of $2,866,423.97, made up of the following components:

    a. USF is liable for $2 million in damages, which amounts to a 25% proportional share the Butler class settlement, including class counsel attorney's fees;

    b. U.S. Fire is obligated to pay 25% of Unified's own class counsel fees and costs incurred in defending the Butler litigation in the amount of $295,117.25;

    c. U.S. Fire is obligated to pay prejudgment interest on the sums awarded at the rate of 8.5% from April 18, 2022 (the date that the lawsuit was filed) to March 29, 2024 (the date of the judgment), in the amount of $331,616.43;

    d. U.S. Fire is obligated to pay an award of Unified's reasonable and necessary attorney's fees in the amount of $239,690.29.

7. U.S. Fire is obligated to pay post-judgment interest on the sums awarded at a rate of 5.03% from the date of the judgment ($391.64 per day) until the date the judgment is satisfied.

**SO ORDERED.**

April 26, 2024.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE